UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID, | No. 2:19-cv-1945 AC P |
| Plaintiff, | |
| v. | ORDER |
| J. TAPIA, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with this civil rights case filed pursuant to 42 U.S.C. § 1983. By order filed October 30, 2019, this court determined that service of the complaint was appropriate for sole defendant J. Tapia. and directed the United States Marshal to serve process on defendant. On March 12, 2020, defendant Tapia, also proceeding pro se, filed a waiver of service. ECF No. 12.

Defendant is directed to file and serve an answer to the complaint within forty-five (45) days after the filing date of this order. Thereafter the undersigned will determine whether this case is appropriate for referral to this court's Post-Screening ADR (Alternative Dispute Resolution) Project.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendant shall, within forty-five (45) days after the filing date of this order, file and serve an answer to the complaint; and

2. Plaintiff's motion to compel defendant's response to the complaint, ECF No. 14, is denied as unnecessary.

DATED: April 9, 2020

_/s/ Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE