UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. TAPIA,<br><br>　　　　　Defendant. | No. 2:19-cv-1945 AC P<br><br><br>ORDER |

　　　　The order filed April 10, 2020, directing defendant to file and serve a response to the complaint, was not served on defendant. The only currently available address for defendant is that specified in the Form USM-285 attached to defendant's waiver of service. See ECF No. 12 at 2. The court will direct re-service of its last order on defendant at that address, extend the deadline to answer, and will also serve a courtesy of the court's orders on the Office of the California Attorney General.

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1. Sole defendant J. Tapia shall, within thirty (30) days after the filing date of this order, file and serve a response to the complaint.

////

////

////

1

2. The Clerk of Court shall serve a copy of this order <u>and</u> the court's order filed April 10, 2020 (ECF No. 15), on defendant at the following address:

> J. Tapia, Psychiatric Technician
> California Health Care Facility
> P.O. Box 31960
> Stockton CA 95213

3. The Clerk of Court shall also serve a courtesy copy of this order <u>and</u> the court's order filed April 10, 2020 (ECF No. 15), on Christopher Becker, Supervising Deputy Attorney General.

IT IS SO ORDERED.

DATED: June 2, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

2