UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FORREST KENDRID,<br><br>                    Plaintiff,<br><br>          v.<br><br>J. TAPIA,<br><br>                    Defendant. | No.  2:19-cv-1945 AC P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On October 20, 2020, a settlement conference in this action was held before the undersigned.  This action settled.

On March 9, 2021, plaintiff filed a letter with the court requesting information regarding the status of the payment of his settlement money.  Plaintiff is informed that it can take up to six months from the date of the settlement conference for settlement money to be paid.

Six months from October 20, 2020 has not passed.  If plaintiff has not received his settlement money by April 20, 2021, he shall inform the court.

////

////

////

////

1

1     Accordingly, IT IS HEREBY ORDERED that the matters raised in plaintiff's March 9,

2   2021 letter are deemed resolved.

3   Dated:  March 16, 2021

4

5                                                    _____
                                                     KENDALL J. NEWMAN
6                                                    UNITED STATES MAGISTRATE JUDGE

7   Ken1945.ord

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28